| Attorney or Party Name, Address, Telephone & FAX Nos., State Bar No. & Email Address | FOR COURT USE ONLY |
|---|---|
| **Nexus Bankruptcy**<br>**Benjamin Heston**<br>**3090 Bristol Street #400**<br>**Costa Mesa, CA 92626**<br>**Phone: (949) 312-1377**<br>**Email: ben@nexusbk.com**<br>**Bar Number: 297798**<br><br>☐ *Debtor(s) appearing without an attorney*<br>☑ *Attorney for Debtor(s)* | |

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA - LOS ANGELES DIVISION**

| In re: | CASE NO.: |
|---|---|
| **Haydee Reyes Gerez** | CHAPTER: 7 |
| | **DECLARATION BY DEBTOR(S) AS TO WHETHER INCOME WAS RECEIVED FROM AN EMPLOYER WITHIN 60 DAYS OF THE PETITION DATE**<br><br>[11 U.S.C. § 521(a)(1)(B)(iv)] |
| Debtor(s). | [No hearing required] |

Debtor(s) provides the following declaration(s) as to whether income was received from an employer within 60 days of the Debtor(s) filing this bankruptcy case (Petition Date), as required by 11 U.S.C. § 521(a)(1)(B)(iv):

Declaration of Debtor 1

1. ☑ I am Debtor 1 in this case, and I declare under penalty of perjury that the following information is true and correct:

**During the 60-day period before the Petition Date** (*Check only ONE box below*):

☑ **I was paid by an employer.** Attached are copies of all statements of earnings, pay stubs, or other proof of employment income I received from my employer during this 60 day period. (*If the Debtor's social security number or bank account is on a pay stub or other proof of income, the Debtor must cross out (redact) the number(s) before filing this declaration.*)

☐ **I was not paid by an employer** because I was either self-employed only, or not employed.

Date: 11/11/2026 Haydee Reyes Gerez
Printed name of Debtor 1

Signature of Debtor 1

Declaration of Debtor 2 (Joint Debtor) (if applicable)

2. ☐ I am Debtor 2 in this case, and I declare under penalty of perjury that the following information is true and correct:

**During the 60-day period before the Petition Date** (*Check only ONE box below*):

☐ **I was paid by an employer.** Attached are copies of all statements of earnings, pay stubs, or other proof of employment income I received from my employer during this 60 day period. (*If the Debtor's social security number or bank account is on a pay stub or other proof of income, the Debtor must cross out (redact) the number(s) before filing this declaration.*)

☐ **I was not paid by an employer** because I was either self-employed only, or not employed.

Date: ______________ ________________________________ ________________________________

Printed name of Debtor 2 Signature of Debtor 2

MS BUBBLES INC
2731 South Alameda Street
Los Angeles CA 90058

7035-9268
ORG1-1 70359268 Mr
Bubbles Inc
EE ID: 100031

Payrolls by Paychex, Inc.

HAYDEE GEREZ
2345 NEWPORT BLVD
E105
COSTA MESA CA 92627

NON-NEGOTIABLE

NON-NEGOTIABLE

PERSONAL AND CHECK INFORMATION

HAYDEE GEREZ
2345 NEWPORT BLVD
E105
COSTA MESA, CA 92627
**Employee ID:** 100031

**Home Department:** 1 70359268 Mr Bubbles Inc

**Pay Period:** 08/31/26 **to** 09/13/26
**Check Date:** 09/16/26 **Check #:** 50243

NET PAY ALLOCATIONS

| *DESCRIPTION* | *THIS PERIOD ($)* | *YTD ($)* |
|---|---|---|
| Check Amount | 2352.79 | 42540.09 |
| **NET PAY** | **2352.79** | **42540.09** |

TIME OFF (Based on Policy Year)

| *DESCRIPTION* | *CURR DEDUCT* | *AMT TAKEN* | *AVAIL BAL* |
|---|---|---|---|
| Sick | 0.00 hrs | 0.00 hrs | 65.73 hrs |
| Vacation | 0.00 hrs | 64.00 hrs | 52.23 hrs |

EARNINGS

| *BASIS OF PAY* | *DESCRIPTION* | *HRS/UNITS* | *RATE* | *CURRENT ($)* | *YTD HRS/UNITS* | *YTD ($)* |
|---|---|---|---|---|---|---|
| | Regular | | | | 752.0000 | 33269.26 |
| | Salary | M46.9500 | | 3461.54 | M396.3900 | 31153.86 |
| | Holiday | M8.0000 | | | M24.0000 | |
| | Vacation | | | | M64.0000 | |
| | **Total Hours** | 54.9500 | | | 1236.3900 | |
| | **Total Hrs Worked** | 46.9500 | | | 1148.3900 | |
| | **Gross Earnings** | | | 3461.54 | | 64423.12 |

WITHHOLDINGS

| *DESCRIPTION* | *FILING STATUS* | *CURRENT ($)* | *YTD ($)* |
|---|---|---|---|
| Social Security | | 201.63 | 3761.20 |
| Medicare | | 47.15 | 879.63 |
| Fed Income Tax | S 0 | 448.60 | 8276.15 |
| CA Income Tax | SMI2 0 0 | 159.56 | 2918.70 |
| CA Disability | | 42.28 | 788.67 |
| **TOTAL** | | 899.22 | 16624.35 |

DEDUCTIONS

| *DESCRIPTION* | *CURRENT ($)* | *YTD ($)* |
|---|---|---|
| DENTAL125 | 10.80 | 181.54 |
| Loan | | 1500.00 |
| MED125 | 197.24 | 3550.32 |
| VISION125 | 1.49 | 26.82 |
| **TOTAL** | 209.53 | 5258.68 |

| NET PAY | *THIS PERIOD ($)* | *YTD ($)* |
|---|---|---|
| | **2352.79** | **42540.09** |

MS BUBBLES INC
2731 South Alameda Street
Los Angeles CA 90058

7035-9268
ORG1-1 70359268 Mr
Bubbles Inc
EE ID: 100031

Payrolls by Paychex, Inc.

HAYDEE GEREZ
2345 NEWPORT BLVD
E105
COSTA MESA CA 92627

NON-NEGOTIABLE

Payrolls by Paychex, Inc.

NON-NEGOTIABLE

PERSONAL AND CHECK INFORMATION

HAYDEE GEREZ
2345 NEWPORT BLVD
E105
COSTA MESA, CA 92627
**Employee ID:** 100031

**Home Department:** 1 70359268 Mr Bubbles Inc

**Pay Period:** 09/14/26 **to** 09/27/26
**Check Date:** 09/30/26 **Check #:** 50299

NET PAY ALLOCATIONS

| DESCRIPTION | THIS PERIOD ($) | YTD ($) |
|---|---|---|
| Check Amount | 2352.79 | 44892.88 |
| **NET PAY** | **2352.79** | **44892.88** |

TIME OFF (Based on Policy Year)

| DESCRIPTION | CURR DEDUCT | AMT TAKEN | AVAIL BAL |
|---|---|---|---|
| Sick | 0.00 hrs | 0.00 hrs | 67.06 hrs |
| Vacation | 0.00 hrs | 64.00 hrs | 55.36 hrs |

EARNINGS

| BASIS OF PAY | DESCRIPTION | HRS/UNITS | RATE | CURRENT ($) | YTD HRS/UNITS | YTD ($) |
|---|---|---|---|---|---|---|
| | Regular | | | | 752.0000 | 33269.26 |
| | Salary | M58.0200 | | 3461.54 | M454.4100 | 34615.40 |
| | Holiday | | | | M24.0000 | |
| | Sick | M8.0000 | | | M8.0000 | |
| | Vacation | M16.0000 | | | M80.0000 | |
| | **Total Hours** | 82.0200 | | | 1318.4100 | |
| | **Total Hrs Worked** | 58.0200 | | | 1206.4100 | |
| | **Gross Earnings** | | | 3461.54 | | 67884.66 |

WITHHOLDINGS

| DESCRIPTION | FILING STATUS | CURRENT ($) | YTD ($) |
|---|---|---|---|
| Social Security | | 201.62 | 3962.82 |
| Medicare | | 47.16 | 926.79 |
| Fed Income Tax | S 0 | 448.60 | 8724.75 |
| CA Income Tax | SMI2 0 0 | 159.56 | 3078.26 |
| CA Disability | | 42.28 | 830.95 |
| **TOTAL** | | 899.22 | 17523.57 |

DEDUCTIONS

| DESCRIPTION | CURRENT ($) | YTD ($) |
|---|---|---|
| DENTAL125 | 10.80 | 192.34 |
| Loan | | 1500.00 |
| MED125 | 197.24 | 3747.56 |
| VISION125 | 1.49 | 28.31 |
| **TOTAL** | 209.53 | 5468.21 |

NET PAY

| | THIS PERIOD ($) | YTD ($) |
|---|---|---|
| NET PAY | **2352.79** | **44892.88** |

Payrolls by Paychex, Inc.

MS BUBBLES INC
2731 South Alameda Street
Los Angeles CA 90058

7035-9268
ORG1-1 70359268 Mr
Bubbles Inc
EE ID: 100031

Payrolls by Paychex, Inc.

HAYDEE GEREZ
2345 NEWPORT BLVD
E105
COSTA MESA CA 92627

NON-NEGOTIABLE

NON-NEGOTIABLE

PERSONAL AND CHECK INFORMATION

HAYDEE GEREZ
2345 NEWPORT BLVD
E105
COSTA MESA, CA 92627
**Employee ID:** 100031

**Home Department:** 1 70359268 Mr Bubbles Inc

**Pay Period:** 09/28/26 **to** 10/11/26
**Check Date:** 10/14/26 **Check #:** 50353

NET PAY ALLOCATIONS

| *DESCRIPTION* | *THIS PERIOD ($)* | *YTD ($)* |
|---|---|---|
| Check Amount | 2352.80 | 47245.68 |
| **NET PAY** | **2352.80** | **47245.68** |

TIME OFF (Based on Policy Year)

| *DESCRIPTION* | *CURR DEDUCT* | *AMT TAKEN* | *AVAIL BAL* |
|---|---|---|---|
| Sick | 0.00 hrs | 0.00 hrs | 68.39 hrs |
| Vacation | 0.00 hrs | 64.00 hrs | 58.50 hrs |

EARNINGS

| *BASIS OF PAY* | *DESCRIPTION* | *HRS/UNITS* | *RATE* | *CURRENT ($)* | *YTD HRS/UNITS* | *YTD ($)* |
|---|---|---|---|---|---|---|
| | Regular | | | | 752.0000 | 33269.26 |
| | Salary | M64.3000 | | 3461.54 | M518.7100 | 38076.94 |
| | Holiday | | | | M24.0000 | |
| | Sick | | | | M8.0000 | |
| | Vacation | | | | M80.0000 | |
| | **Total Hours** | 64.3000 | | | 1382.7100 | |
| | **Total Hrs Worked** | 64.3000 | | | 1270.7100 | |
| | **Gross Earnings** | | | 3461.54 | | 71346.20 |

WITHHOLDINGS

| *DESCRIPTION* | *FILING STATUS* | *CURRENT ($)* | *YTD ($)* |
|---|---|---|---|
| Social Security | | 201.62 | 4164.44 |
| Medicare | | 47.15 | 973.94 |
| Fed Income Tax | S 0 | 448.60 | 9173.35 |
| CA Income Tax | SMI2 0 0 | 159.56 | 3237.82 |
| CA Disability | | 42.28 | 873.23 |
| **TOTAL** | | 899.21 | 18422.78 |

DEDUCTIONS

| *DESCRIPTION* | *CURRENT ($)* | *YTD ($)* |
|---|---|---|
| DENTAL125 | 10.80 | 203.14 |
| Loan | | 1500.00 |
| MED125 | 197.24 | 3944.80 |
| VISION125 | 1.49 | 29.80 |
| **TOTAL** | 209.53 | 5677.74 |

| NET PAY | *THIS PERIOD ($)* | *YTD ($)* |
|---|---|---|
| | **2352.80** | **47245.68** |

Payrolls by Paychex, Inc.

MS BUBBLES INC
2731 South Alameda Street
Los Angeles CA 90058

7035-9268
ORG1-1 70359268 Mr
Bubbles Inc
EE ID: 100031

Payrolls by Paychex, Inc.

HAYDEE GEREZ
2345 NEWPORT BLVD
E105
COSTA MESA CA 92627

NON-NEGOTIABLE

Payrolls by Paychex, Inc.

NON-NEGOTIABLE

PERSONAL AND CHECK INFORMATION

HAYDEE GEREZ
2345 NEWPORT BLVD
E105
COSTA MESA, CA 92627
**Employee ID:** 100031

**Home Department:** 1 70359268 Mr Bubbles Inc

**Pay Period:** 10/12/26 **to** 10/25/26
**Check Date:** 10/28/26 **Check #:** 50411

NET PAY ALLOCATIONS

| DESCRIPTION | THIS PERIOD ($) | YTD ($) |
|---|---|---|
| Check Amount | 2352.78 | 49598.46 |
| **NET PAY** | **2352.78** | **49598.46** |

TIME OFF (Based on Policy Year)

| DESCRIPTION | CURR DEDUCT | AMT TAKEN | AVAIL BAL |
|---|---|---|---|
| Sick | 0.00 hrs | 0.00 hrs | 69.72 hrs |
| Vacation | 0.00 hrs | 64.00 hrs | 61.63 hrs |

EARNINGS

| BASIS OF PAY | DESCRIPTION | HRS/UNITS | RATE | CURRENT ($) | YTD HRS/UNITS | YTD ($) |
|---|---|---|---|---|---|---|
| | Regular | | | | 752.0000 | 33269.26 |
| | Salary | M44.8500 | | 3461.54 | M563.5600 | 41538.48 |
| | Holiday | | | | M24.0000 | |
| | Sick | | | | M8.0000 | |
| | Vacation | | | | M80.0000 | |
| | **Total Hours** | 44.8500 | | | 1427.5600 | |
| | **Total Hrs Worked** | 44.8500 | | | 1315.5600 | |
| | **Gross Earnings** | | | 3461.54 | | 74807.74 |

WITHHOLDINGS

| DESCRIPTION | FILING STATUS | CURRENT ($) | YTD ($) |
|---|---|---|---|
| Social Security | | 201.63 | 4366.07 |
| Medicare | | 47.16 | 1021.10 |
| Fed Income Tax | S 0 | 448.60 | 9621.95 |
| CA Income Tax | SMI2 0 0 | 159.56 | 3397.38 |
| CA Disability | | 42.28 | 915.51 |
| **TOTAL** | | 899.23 | 19322.01 |

DEDUCTIONS

| DESCRIPTION | CURRENT ($) | YTD ($) |
|---|---|---|
| DENTAL125 | 10.80 | 213.94 |
| Loan | | 1500.00 |
| MED125 | 197.24 | 4142.04 |
| VISION125 | 1.49 | 31.29 |
| **TOTAL** | 209.53 | 5887.27 |

| NET PAY | THIS PERIOD ($) | YTD ($) |
|---|---|---|
| | **2352.78** | **49598.46** |

Payrolls by Paychex, Inc.